Larry M. Bakman, Esq., SBN: 88964
1875 Century Park East, Suite 700
Los Angeles, California 90067
(310) 553-5512; Fax: (844) 272-3958
Email: lbakman@lbakmanlaw.com

Garry S. Malin, Esq., SBN: 118002
2660 Townsgate Road, Suite 600
Westlake Village, California 91361
(805) 496-2244; Fax: (805) 497-8856
Email: gmalin@malinlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HUTNYAN, | CASE NO.: 2:17-cv-00545-PSG-ASx |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| vs. | [FED.R.CIV.P. 41(a)] |
| DIANE CAFFERATA HUTNYAN; KRISTIAN HERZOG Also Known As KRIS HERZOG, Individually and Doing Business As THE BODYGUARD GROUP OF BEVERLY HILLS; COUNTY OF LOS ANGELES; RICKY TYSON; EDDIE CARTER; GLENN VALVERDE; NICOLAS JOHNSTON; GERMAINE MOORE; CITY OF MANHATTAN BEACH; RYAN SMALL; CHAD SWANSON; CHRIS NGUYEN; TERESA MANQUEROS; et al., | |
| Defendants. | |

TO THE HONORABLE COURT AND TO ALL PARTIES HEREIN:

   NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure 41(a), plaintiff MARK HUTNYAN hereby voluntarily dismisses the above-captioned action without prejudice.

DATED: October 10, 2017          LAW OFFICES OF LARRY M. BAKMAN
                                 LAW OFFICES OF GARRY S. MALIN, APC

                                 By: /s/_____
                                     GARRY S. MALIN
                                     Attorneys for Plaintiff

-1-
NOTICE OF VOLUNTARY DISMISSAL