Mildred K. O'Linn (State Bar No. 159055)
  *mko@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF MANHATTAN BEACH,
RYAN SMALL, CHAD SWANSON,
CHRIS NGUYEN, AND TERESA
MANQUEROS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARK HUTNYAN,<br><br>   Plaintiff,<br><br>   v.<br><br>DIANE CAFFERATA HUTNYAN; KRISTIAN HERZOG Also Known As KRIS HERZOG, Individually and Doing Business As THE BODY GUARD GROUP OF BEVERLY HILLS; COUNTY OF LOS ANGELES; RICKY TYSON; EDDIE CARTER; GLENN VALVERDE; NICOLAS JOHNSTON; GERMAINE MOORE; CITYOF MANHATTAN BEACH; RYAN SMALL; CHAD SWANSON; CHRIS NGUYEN; TERESA MANQUEROS; and DOES 1 to 10, Inclusive,,<br><br>   Defendants. | Case No. 2:17-cv-00545-PSG-ASx<br>[Hon. Philip S. Gutierrez, District Judge; Hon, Alka Sagar, Magistrate Judge]<br><br>**STIPULATION TO DISMISS WITH PREJUDICE THE ENTIRE ACTION AS TO DEFENDANTS CITY OF MANHATTAN BEACH, RYAN SMALL, CHAD SWANSON, CHRIS NGUYEN, AND TERESA MANQUEROS ONLY FED.R.CIV.P. 41(a)(1)**<br><br>Complaint Filed:  01/23/17<br>Trial Date:   N/A |

**TO THE HONORABLE COURT:**

   IT IS HEREBY STIPULATED**,** by and between plaintiff MARK HUTNYAN and defendants CITY OF MANHATTAN BEACH, RYAN SMALL, CHAD SWANSON, CHRIS NGUYEN, AND TERESA MANQUEROS, by and through their

1 respective counsel of record, that defendants CITY OF MANHATTAN BEACH,
2 RYAN SMALL, CHAD SWANSON, CHRIS NGUYEN, AND TERESA
3 MANQUEROS be dismissed with prejudice from this action, pursuant to Federal Rule
4 of Civil Procedure, Rule 41(a)(1).

5     IT IS FURTHER STIPULATED, by and between plaintiff and defendants
6 CITY OF MANHATTAN BEACH, RYAN SMALL, CHAD SWANSON, CHRIS
7 NGUYEN, AND TERESA MANQUEROS that this dismissal constitutes a general
8 mutual release of all claims and a mutual waiver of all costs, court fees and
9 attorneys' fees arising out of this litigation between these parties.

10 DATED: October 12, 2017    **MANNING & KASS**
11                                        **ELLROD, RAMIREZ, TRESTER LLP**

13                                      By:     /s/ Mildred K. O'Linn
14                                              Mildred K. O'Linn
15                                              Attorneys for Defendants,
                                             CITY OF MANHATTAN BEACH,
16                                              RYAN SMALL, CHAD SWANSON,
17                                              CHRIS NGUYEN, AND TERESA
                                             MANQUEROS
18
19 DATED: October 12, 2017    **LAW OFFICES OF GARRY S. MALIN PC**

21                                      By:     /s/ Garry S. Malin
22                                              Garry S. Malin, Esq.
                                             Attorney for Plaintiff MARK HUTNYAN